THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EMANUEL DE MAIO, Appellant.

Argued March 3, 1952; decided April 17, 1952.

*Patrick F. Dempsey* and *N. Henry Lindenauer* for appellant.
*Miles F. McDonald, District Attorney* (*William I. Siegel* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.